IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

David McCann,

        Plaintiff,

v.

Jonnet Development Corporation,

        Defendant.

Case No. 2:22-cv-00309-CCW

**District Judge Weigand**

*ELECTRONICALLY FILED*

# REPORT OF NEUTRAL

A mediation session was held in the above-captioned matter on June 28, 2022.

The case (please check one):
    __X__ has resolved
    _____ has resolved in part (see below)
    _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within __N/A__ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: June 28, 2022                           */s/ Arthur H. Stroyd, Jr.*
                                                        Signature of Neutral

Rev. 09/11