UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MCCANN,<br><br>                Plaintiff,<br><br>v.<br><br>JONNET DEVELOPMENT CORPORATION,<br><br>                Defendant. | Case No. 2:22-cv-309-CCW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David McCann and Defendant Jonnet Development Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: July 22, 2022

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-

*Attorneys for Plaintiff*

*/s/ Ronald W. Crouch*
Ronald W. Crouch
**Whiteford Taylor & Preston, LLP**
11 Stanwix St, Suite 1400
Pittsburgh, PA 15222
RCrouch@wtplaw.com
412 752 7962
412 398 1071 (M)

*Attorney for Defendant*